**Lowell Lloyd ROBISON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42687.**

Missouri Court of Appeals, Western District.

June 26, 1990.

Larry A. Schaffer, Independence, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Movant appeals from denial, after evidentiary hearing, of Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).